UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO,<br><br>         Plaintiff,<br><br>    v.<br><br>SHOPIFY (USA) INC. CORPORATION SERVICE COMPANY, et al.,<br><br>         Defendants. | CIVIL ACTION NO. 3:25-CV-01227<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW**, on this 25th day of February 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that the report and recommendation (Doc. 14) is **ADOPTED IN ITS ENTIRETY** as an opinion of the Court. Shopify's motion to dismiss is **GRANTED**. (Doc. 5). The complaint is **DISMISSED with prejudice**. (Doc. 1-2). As the Court denies leave to amend, the Clerk of Court is directed to close this matter.

                                                                                                   **BY THE COURT:**

                                                                               *s/ Karoline Mehalchick*
                                                                              **KAROLINE MEHALCHICK**
                                                                              **United States District Judge**